Holland N. O'Neil (TX 14864700)
Marcus A. Helt (TX 24052187)
Michael S. Haynes (TX 24050735)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201-4761
Telephone: 214.999.3000
Facsimile: 214.999.4667

**PROPOSED COUNSEL TO DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | **Chapter 11** |
| **RENAISSANCE HOSPITALS, INC.** | § § § | **Case No. 08-43821-11** |
| **Debtor.** | § | |

## LIST OF EQUITY SECURITY HOLDERS

The Equity Security Holders for the Debtor in the above-captioned case are:

| **Name** | **Address** | **Equity Holdings** |
|---|---|---|
| RHS Acquisitions, LLC | RHS Acquisitions, LLC<br>1415 North Loop West, Suite 1100<br>Houston, Texas 77008 | 51% |
| Various Douglass Trusts | J. Scott Douglass<br>909 Fannin, Suite 1800<br>Houston, Texas 77010 | 49% |